## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHANIEL M. WILLIAMS,   :
  Plaintiff,       :
            :
v.           :  **CIVIL ACTION NO. 25-CV-2913**
            :
REMINGTON HOSPITALITY, *et al.*, :
  Defendants.      :

### ORDER

AND NOW, this 30th day of March, 2026, upon consideration of Plaintiff Nathaniel M. Williams's *pro se* Amended Complaint (ECF No. 12), it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE AND WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum as follows:

  a. The federal law claims are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

  b. The state law and miscellaneous claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. No further leave to amend is granted.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____
**HON. MIA R. PEREZ**